**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alfred J. KOONIN, Defendant— Appellant.**

**No. 05–50977.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 11, 2007.

Lawrence E. Spong, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Leo Branton, Jr., Esq., Los Angeles, CA, for Defendant–Appellant.

Before: BRIGHT **, BEA, and IKUTA, Circuit Judges.

MEMORANDUM ***

Alfred J. Koonin appeals the district court's judgment following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc). We affirm.

Koonin first argues that his original sentence was vacated by the Supreme Court, and that accordingly, on remand, the district court resentenced him *in absentia*. We reject this argument. The Supreme Court did not disturb Koonin's original sentence.

Koonin's remaining arguments are foreclosed by our recent decisions in *United States v. Combs*, 470 F.3d 1294 (9th Cir. 2006) and *United States v. Silva*, 472 F.3d 683 (9th Cir.2007). First, Koonin had no right to be present at the first phase of the *Ameline* remand procedure. *Silva*, 472 F.3d at 686. Second, the district court provided an appropriate explanation for its decision not to resentence Koonin. *See Combs*, 470 F.3d at 1296–97. Finally, given the procedural posture of this case, Koonin's challenge to the reasonableness

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of his overall sentence is not properly before us. *Id.*[1]

**AFFIRMED.**

---

1. In making this determination, we note that at no time during his first appeal to this court did Koonin challenge the reasonableness of his sentence. *See Combs,* 470 F.3d at 1295.

